DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GIMY JOSEPH,**
Appellant,

v.

**FELICIA CULOTTA** and **TERESA CULOTTA,**
Appellees.

No. 4D22-2464

[April 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Linda Alley, Judge; L.T. Case No. FMCE17-009774.

Nardo Dorsin of Nardo Dorsin, P.A., Sunrise, for appellant.

Robin Bresky, Jessica L. Underwood, and Jonathan Mann of Schwartz Sladkus Reich Greenberg Atlas LLP, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***